FILED
CLERK, U.S. DISTRICT COURT

JAN 13 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 04-1326-R |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| FRED WILBARGER | ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist., CA** for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no verified background info or known bail resources; history of failure to appear_

```
_____
_____
_____
```
and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____
```
_____
_____
_____
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _____1/13/15_____

PAUL L. ABRAMS
UNITES STATES MAGISTRATE JUDGE